JUDGE KARAS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

ERMYNE V. FLEMING

PLAINTIFF,

V.

P.O. JOHN ESPOSITO, CAPTAIN "JOHN DOE" and THE CITY OF PEEKSKILL,

DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 4584

TO: (Name and address of Defendant)
P.O. JOHN ESPOSITO, CAPTAIN "JOHN DOE"
2 Nelson Avenue
Peekskill, New York 10566

CITY OF PEEKSKILL
c/o Corporation Counsel
840 Main Street
Peekskill, New York 10566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALAN D. LEVINE, ESQ.
80-02 Kew Gardens Road, Suite 1010
Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK     _[signature]_

(By) DEPUTY CLERK

DATE     MAY 19 2008

**ORIGINAL**

AO 440 (Rev 8/01) Summons in a Civil Action

| P.O. JOHN ESPOSITO | RETURN OF SERVICE | 2 Nelson avenue Peekskill, NY 10566 |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | June 6, 2008 |
| NAME OF SERVER (PRINT) Kevin Ryan | TITLE | Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with SGT GOMEZ. Deponent also enclosed copy of same in a postpaid wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
             Date

*Signature of Server*

Franklin square, NY 11010
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure